IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KENNETH LINTON,<br><br>Plaintiff,<br><br>v.<br><br>ATS OPERATING LLC doing business as America's Thrift Stores,<br><br>Defendant. | ) | CASE NO. 1:25-cv-427-JTA<br>(WO) |

**ORDER**

Based upon joint stipulation of dismissal (Doc. No. 35), which comports with Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, Plaintiff's action against Defendant has been dismissed with prejudice by operation of Rule 41, on the terms agreed to by the parties.

The Court cannot retain jurisdiction as requested by the parties. *See Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012); *Cartiga, LLC. v. Robles*, No. 22-cv-81612, 2023 WL 4014835, at *2 (S.D. Fla. Mar. 30, 2023) (holding that a similar stipulation "ask[ing] that the Court retain jurisdiction to enforce the terms of the settlement agreement" had already divested the court of jurisdiction, and warning that, "[w]hen contemplating the dismissal of a lawsuit, counsel must proceed with caution because the entering of a stipulation of dismissal has a stark effect on the Court's jurisdiction." (citation modified)), *report and recommendation adopted sub nom. Cartiga, LLC v. Robles*, No. 9:22-cv-81612-KAM, 2023 WL 4014836 (S.D. Fla. Apr. 17, 2023).

Accordingly, the Clerk of the Court is DIRECTED to close this case.

DONE this 3rd day of November, 2026.

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE